**STATEMENT OF FACTS**

       On Wednesday, October 21, 2020, members of the Metropolitan Police Department (MPD) Seventh District Crime Suppression Team (7D CST) were patrolling on foot in the public parking lot of 1953 19th Place Southeast in Washington, D.C. Officers observed an idling gray Dodge Stratus, with heavily tinted windows, occupied by a female driver and male passenger. The male passenger was later identified as Shahid Randolph (Defendant Randolph). Officer Jeskie approached the vehicle from the rear and illuminated the passenger compartment with his flashlight. Officers observed Defendant Randolph immediately tuck his elbows into his body in an attempt to cover his waistband and lap with his arms. Defendant Randolph had a lit marijuana cigarette in his hand. Officers opened the passenger door and Officer Jeskie observed a silver metal object partially hidden below Defendant Randolph's arms that he recognized to be a firearm. Officers lifted Defendant Randolph's arms and observed a silver and black handgun. The firearm was recovered from between the legs of Defendant Randolph.

       The female in the driver seat was identified and placed under arrest for Consumption of Marijuana on Public Space.

       The firearm that recovered from between the legs of Defendant Randolph was determined to be a Ruger, model SR40c, .40 caliber semiautomatic handgun with a serial number of 343-22078. When it was recovered, it was loaded with one (1) round in the chamber and twelve (12) rounds in an extended, high fifteen (15) round capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case would have traveled in interstate commerce.

       A Wales/NCIC check of the serial number affixed to the firearm revealed that the firearm was reported stolen on November 2, 2015 by York Area Regional Police Department.

       A criminal history check of Defendant Randolph through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Unlawful Possession of a Firearm by a Person Convicted of a Crime Punishable Imprisonment for a Term Exceeding One Year in the United States District Court for the District of Columbia, case number 19-CR-209. The defendant was sentenced to twenty-two (22) months of incarceration for this offense and is currently on supervision for this case. Additionally, the defendant has a prior felony conviction for Carjacking in the Superior Court for the District of Columbia, case number 2012 CF3 15717. The defendant was sentenced to seven (7) years of incarceration for this offense. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER VINCENT ALTIERE
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 22nd day of October, 2020.*

Digitally signed by G.
Michael Harvey
Date: 2020.10.22
10:39:58 -04'00'

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE

Case: 1:20-mj-00211
Assigned to: Judge G. Michael Harvey
Assigned Date: 10/22/2020
Description: COMPLAINT W/ ARREST WARRANT